IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMAL SALAH SHEHADEH, ) | |
| ) | |
| Petitioner/Defendant, ) | |
| ) | CIVIL NO. 05-398-GPM |
| vs. ) | |
| ) | CRIMINAL NO. 04-40004-GPM |
| UNITED STATES OF AMERICA , ) | |
| ) | |
| Respondent/Plaintiff. ) | |

## MEMORANDUM AND ORDER

**MURPHY, Chief District Judge:**

On May 5, 2006, this Court entered final judgment and dismissed the motion to vacate, set aside, or correct sentence (Doc. 2). Petitioner filed a notice of appeal on June 8, 2006 (Doc. 4).

Pursuant to 28 U.S.C. § 2253, Petitioner may not proceed on appeal without a certificate of appealability. Section 2253(c)(2) provides that a certificate of appealability may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." Section 2253(c)(3) further provides that "[t]he certificate of appealability under paragraph (1) shall indicate which specific issue or issues satisfy the showing required by paragraph (2)." Because Petitioner may not proceed on appeal without a certificate of appealability issued by either this Court or the Court of Appeals for the Seventh Circuit, the Court construes the notice of appeal as also requesting a certificate of appealability. *See* FED. R. APP. P. 22(b).

For the reasons set forth in the Court's May 5, 2006, Memorandum and Order (*see* Doc. 3), Petitioner has not made a substantial showing of the denial of a constitutional right. Accordingly, the Court **DECLINES** to issue a certificate of appealability. Pursuant to Federal Rule of Appellate Procedure 22(b), Petitioner may present his request for a certificate of appealability to the Court of

Appeals for the Seventh Circuit.

**IT IS SO ORDERED.**

DATED: 06/13/06

                                              s/ G. Patrick Murphy
                                              G. PATRICK MURPHY
                                              Chief United States District Judge